## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  TERESA M. DIDDENS  
639 W. ORDWAY  
FREEPORT, IL  61032  

SSN-xxx-xx-7921

Case Number: 05-75564

Case filed on: 10/5/2005  
Plan Confirmed on: 2/3/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,000.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 |
|  | Total Legal | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 |
| 999 | TERESA M. DIDDENS | 0.00 | 0.00 | 193.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 193.83 | 0.00 |
| 001 | AMCORE BANK NA | 4,306.58 | 4,306.58 | 4,306.58 | 395.64 |
| 002 | CHASE MANHATTAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,306.58 | 4,306.58 | 4,306.58 | 395.64 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BECKET & LEE, LLP | 8,133.62 | 813.36 | 813.36 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 9,831.09 | 983.11 | 983.11 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 607.53 | 60.75 | 60.75 | 0.00 |
| 008 | MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 8,566.85 | 856.68 | 856.68 | 0.00 |
| 011 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WATER & SEWER COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 27,139.09 | 2,713.90 | 2,713.90 | 0.00 |
|  | Grand Total: | 33,195.67 | 8,770.48 | 8,964.31 | 395.64 |

Total Paid Claimant:     $9,359.95  
Trustee Allowance:        $640.05  
Percent Paid Unsecured:    100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>           By  _/s/Heather M. Fagan_